# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RAE PATTISON, et al.,

        Plaintiffs,

v.

SILVER STATE FINANCIAL SERVICES, INC., et al.,

        Defendants.

2:12-CV-493 JCM (PAL)

### ORDER

Presently before the court is the report and recommendation of Magistrate Judge Peggy A. Leen (doc. #7) regarding the dismissal of plaintiff's complaint (doc. #1). No objections have been filed.[1]

Citing plaintiff's abusive litigation practices and continued refusal to comply with multiple court orders and the Local Rules of Practice, Magistrate Judge Leen recommended that this court dismiss plaintiff's complaint, unless he filed a certificate of interested parties on, or before, June 21, 2012. Plaintiff has failed to file the required certificate.

---

[1] The court notes that its docket reflects that on June 13, 2012, the copy of the report and recommendation served upon the plaintiff was returned as undeliverable. The clerk of the court did not remail the report and recommendation because no other address was available. Plaintiff's failure to file a change of address with the clerk of the court is itself a violation of this court's local rules. *See* LSR 2-2 ("The plaintiff shall immediately file with the court written notification of any change of address. . . .Failure to comply with this rule may result in dismissal of the action with prejudice.").

**James C. Mahan**
**U.S. District Judge**

1  Good cause appearing,

2  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the report and

3  recommendation of Magistrate Judge Peggy A. Leen (doc. #7) regarding the dismissal of plaintiff's

4  complaint (doc. #1-1) be, and the same hereby is, AFFIRMED in its entirety.

5  IT IS THEREFORE ORDERED that plaintiff's complaint (doc. #1) be, and the same hereby

6  is, DISMISSED.

7  DATED June 27, 2012.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -